05C-RI

# United States Court of Appeals
04-00096
## For the First Circuit

No. 05-1541

UNITED STATES OF AMERICA,

Appellee,

v.

MATTHEW JONES,

Defendant, Appellant.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 4/27/06

**JUDGMENT**

Entered: April 26, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to Hon. William E. Smith and Mr. David DiMarzio, Clerk, United States District Court for Rhode Island. Copies to Mr. Knudsen, Mr. Rose, Mr. Lockhart & Mr. Stemler.]