04-00096
Judge Smith
USDCRI

# United States Court of Appeals
## For the First Circuit

No. 05-1541

UNITED STATES OF AMERICA,

Appellee,

v.

MANUAL

MATTHEW JONES,

Defendant, Appellant.

**JUDGMENT**

Entered: April 26, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 5/18/06

By the Court:

Richard Cushing Donovan, Clerk

[Certified copies to Hon. William E. Smith and Mr. David Dimarzio, Clerk, United States District Court for Rhode Island. Copies to Mr. Knudsen, Mr. Rose, Mr. Lockhart & Mr. Stemler.]